# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA FENDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-01126-NAD |
| | ) | |
| GARDENDALE SHOPPING CENTER, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ENTRY OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties have jointly stipulated to dismissal of this action **WITH PREJUDICE**.  Doc. 16.  Per the stipulation, costs shall be taxed as paid.   This case is **CLOSED**.

GREER LYNCH, CLERK

Dated: 1/4/2023                                   By: Joseph Colvin

                                                        Deputy Clerk